# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLODOALDO ANTEMATE,<br>Plaintiff,<br><br>v.<br><br>ESTENSON LOGISTICS, LLC,<br>Defendant. | CV 14-5255 DSF (RAOx)<br><br>JUDGMENT |

The Court having found in favor of Defendant after multiple trials before the Court,

IT IS ORDERED AND ADJUDGED that Plaintiff and the Class Members take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: September 25, 2019

Dale S. Fischer
United States District Judge